1042

[No. 19718-2-III.  Division Three.  August 9, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. ALICIA MICHELLE HUEY, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 00-8-01224-2, Heather K. Van Nuys, J., entered October 27, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.

[No. 24542-6-II.  Division Two.  August 10, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. BERNARD SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-02090-5, Grant L. Anderson, J., entered February 24, 1999. *Reversed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 24948-1-II.  Division Two.  August 10, 2001.]

JAMES E. GRUETZKE, ET AL., *Plaintiffs,* PETER LYNCH, *Appellant,* v. ARCHIE M. RODGERS, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 96-2-02837-5, James E. Rulli, J., entered July 16, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[No. 24985-5-II.  Division Two.  August 10, 2001.]

*In the Matter of the Marriage of* GREGORY L. CLEVEN, *Appellant,* and LISA K. CLEVEN, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-3-00309-5, Terry K. McCluskey, J., entered July 23, 1999. *Reversed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Quinn-Brintnall, JJ.